# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
No. _____

CLAUDE YOUNG ALEXANDER,   )
      )
  Plaintiff,    )
      )   **<u>NOTICE OF REMOVAL</u>**
  v.    )
      )
JOHN A. EMRICH, ROBERT   )
NOLAN, DAVID TAYLOR,   )
RICHARD NOVAK, DAVID   )
FALKENSTEIN, and GUILFORD   )
MILLS, LLC f/d/b/a   )
GUILFORD MILLS, INC.,   )
      )
  Defendants.   )

PLEASE TAKE NOTICE that defendant Guilford Mills, LLC f/d/b/a/ Guilford Mills, Inc, ("Guilford Mills"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, respectfully submits this Notice of Removal to remove to the United States District Court for the Eastern District of North Carolina an action initiated against it in the General Court of Justice, Superior Court Division, New Hanover County, North Carolina.  Removal of this action is based on the following:

1.    On October 27, 2022, Plaintiff Claude Alexander Young filed a complaint against Guilford Mills in the General Court of Justice, Superior Court Division, New Hanover County, North Carolina, Civil Action No. 22 CVS 3696 (the "State Court Action").  A true and complete copy of the Summons and Complaint

in the State Court Action are attached hereto as Exhibit 1 and are incorporated by reference.

2. Upon information and belief, Guilford Mills received a copy of the Summons and Complaint on or about November 8, 2022, and this Notice of Removal is being filed within thirty days of that date. See 28 U.S.C. § 1446(b).

3. The Complaint in the State Court Action lists claims for Breach of Contract, *see* Compl. ¶¶ 85-91 (Ex. 1), Breach of Fiduciary Duty, *see id*. ¶¶ 92-101, Constructive Fraud, *see id.* ¶¶ 102-109, Negligent Misrepresentation, *see id.* ¶¶ 110-120, and Constructive Trust, *see id.* 121-125. Plaintiff also seeks an accounting and injunction. *See id.* ¶¶ 126-130.

4. Plaintiff's claims arise out of or are related to an ERISA plan. The provisions of ERISA, "shall supersede any and all State laws insofar as they may now or hereafter relate to any employee benefit plan described in section 1003(a) of this title and not exempt under section 1003(b) of this title." 29 U.S.C.A. 1144(a). Moreover, Plaintiff's Breach of Contract Claim asserts that it is "in the alternative to and/or in addition to other claims set forth herein and specifically with regards to Breach of Fiduciary duties below." Complt. ¶ 86)

5. This Court has original subject matter jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331. Therefore, Guilford Mills removes this case based on the presence of a federal question, pursuant to section 1331.

2

6. Because the Court has original jurisdiction over Plaintiff's federal claim, the Court has supplemental jurisdiction over "all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). Federal and state law claims that "derive from a common nucleus of operative fact" form a single constitutional case for the purpose of subject matter jurisdiction. City of Chicago v. Int'l Coll. of Surgeons, 522 U.S. 156, 165 (1997) (internal quotation omitted).

7. The United States District Court for the Eastern District of North Carolina is the federal district embracing New Hanover County, North Carolina, where the suit was originally filed. See 28 U.S.C. § 113(a). Venue, therefore, is proper in this District pursuant to 28 U.S.C. § 1441(a).

8. Individual Defendants John A. Emrich, Robert Nolan, David Taylor, and Richard Novak were dismissed from the State Court Action. *See* Stipulation of Dismissal (Without Prejudice) attached as Exhibit B.

9. Counsel for Guilford Mills has no information regarding the whereabouts of defendant Falkenstein and does not know if he has been served.

10. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be served on Plaintiff and filed promptly with the Clerk of the Superior Court for New Hanover County.

3

11. The Summons and Complaint attached as Exhibit A and the Stipulation of Dismissal (Without Prejudice) attached as Exhibit B are, upon information and belief, all the documents that have been served on Guilford Mills.

12. Consistent with Local Rule 5.2(2), EDNC, Guilford Mills is retrieving a copy of the State Court file and will file it with the Court upon receipt.

13. By filing this Notice of Removal, Guilford Mills does not waive any defenses that may be available to it and expressly reserves all such defenses, objections, and motions.

WHEREFORE, Defendant Guilford Mills, LLC f/d/b/a/ Guilford Mills, Inc, respectfully requests that the above-styled action currently pending against it in the Superior Court for New Hanover County, North Carolina, be removed therefrom to this Court, and that this Court assume full jurisdiction over the causes herein as provided by law.

This the 7th day of December, 2022.

/s/ Jon Berkelhammer
Jon Berkelhammer
Ellis & Winters LLP
300 North Greene Street, Suite 800
Greensboro, North Carolina 27401
Telephone: (336) 389-5693
Facsimile: (336) 217-4198
*jon.berkelhammer@elliswinters.com*
N.C. State Bar 10246
*Attorney for Defendant Guilford Mills, LLC*

4

# CERTIFICATE OF SERVICE

This is to certify that the foregoing Notice of Removal has been duly served by depositing a copy thereof in the United States mail. first class, postage prepaid, addressed to the following counsel of record:

> Christopher A. Chleborowicz
> Elijah T. Hutson
> Levi Hutson
> Chleborowicz Law Firm, PLLC
> 720 North Third Street, Suite 201
> Wilmington, North Carolina 28401
>
> *Attorneys for Plaintiff*

This the 7th day of December, 2022.

> /s/ Jon Berkelhammer
> Jon Berkelhammer
> N.C. State Bar No. 10246
> *Attorney for Defendant Guilford Mills, Inc.*

5